# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00271-CV

_____

### IN RE VARILEASE FINANCE, INC., VFI-SPV VIII, CORP., REPUBLIC BANK, INC., VFI-SPV IX, CORP., VFI KR SPE I, LLC, AND SOMERSET CAPITAL GROUP, LTD.

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 15-12-12796-CV**

## ORDER

Varilease Finance, Inc. ("Varilease"), VFI-SPV VIII, Corp., Republic Bank, Inc., VFI-SPV IX, Corp., VFI KR SPE I, LLC, and Somerset Capital Group, LTD. (collectively "Relators") filed a petition for writ of mandamus. Relators are defendants in Cause No. 15-12-12796-CV, *Energy Alloys, LLC v. Varilease Finance, Inc., et al.* Relators seek a writ compelling the Honorable Cara Wood, Judge of the 284th District Court of Montgomery County, Texas, to vacate her

1

order of June 14, 2016, which denied motions to dismiss pursuant to a forum selection clause, and dismiss the case. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators request a stay of all trial court proceedings as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in Cause No. 15-12-12796-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, Energy Alloys, LLC, is due August 12, 2016.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 2, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.